Lilyan BACA, Francisca Mariscal, Sharon Robertson, Loron Stowers, Seab Lee, Michael Saldana, by and through Rosario Saldana, his mother and next friend; et al., Plaintiffs-Appellants,

v.

George CAMPBELL, Robert Corbin, Ed Pastor, Henry H. Haws and Hawley Atkinson, individually and as members of the Board of Supervisors of Maricopa County, Arizona; Joseph Prekup, Assistant County Manager for Health Services of Maricopa County, Arizona, et al., Defendants-Appellees.

No. 79-3794.

United States Court of Appeals, Ninth Circuit.

Argued Aug. 10, 1981.

Submitted June 30, 1982.

Decided Dec. 20, 1982.

John G. Balentine, Southern Ariz. Legal Aid, Tucson, Ariz., for plaintiffs-appellants.

Gordon Goodnow, Jr., Phoenix, Ariz., for defendants-appellees.

Before SKELTON,* Senior Judge, KILKENNY and REINHARDT, Circuit Judges.

KILKENNY, Circuit Judge, specially concurring:

I would hold that the remand should be limited to the precise question of whether the post-judgment motion unfairly surprised or prejudiced the appellees. *White v. New Hampshire Department of Employ-*

* Honorable Byron G. Skelton, Senior Judge, U.S.

*ment,* 455 U.S. 445, at page 454, 102 S.Ct. 1162, at pages 1167–1168. In passing on the question, the district court might, if it deems it advisable, conduct further proceedings to supplement the record.